1 LAURA KRANK
ATTORNEY AT LAW: 220208
2 LAW OFFICES OF ROHLFING & KALAGIAN
211 EAST OCEAN BLVD., SUITE 420
3 LONG BEACH, CA 90802
562/437-7006
4 FAX: 562/432-2935
Email: lekrank@hotmail.com

5 ATTORNEYS FOR PLAINTIFF

6

7
## UNITED STATES DISTRICT COURT
8
## CENTRAL DISTRICT OF CALIFORNIA
9
## WESTERN DIVISION
10

11 | CRYSTAL CLARK, | ) Case No.: CV 07-5340 PJW
12 | | )
| Plaintiff, | ) ORDER AWARDING EQUAL
13 | | ) ACCESS TO JUSTICE ACT
| vs. | ) ATTORNEY FEES PURSUANT TO
14 | MICHAEL J. ASTRUE, | ) 28 U.S.C. § 2412(d)
| Commissioner of Social Security, | )
15 | | )
| Defendant. | )
16 | | )

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to
19
Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the
20
amount of THREE THOUSAND EIGHT HUNDRED DOLLARS ($3,800.00), as
21
authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced
22
Stipulation.
23 DATE:   3/5/09

24                                           /s/ Patrick J. Walsh
                                        _____
25                                      THE HONORABLE PATRICK J. WALSH
                                        UNITED STATES MAGISTRATE JUDGE
26

-1-